GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646

JESSE J. GARCIA (SB: 61223)
Attorney for Defendant
NOEL GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NOEL GONZALEZ, <br><br> Defendant. | CASE NO.: 16-MJ-71579-MAG-1 <br><br> STIPULATION AND [~~PROPOSED~~] TRAVEL ORDER |

Defendant, Noel Gonzalez, has requested permission to travel to Los Angeles, California, from September 8, 2017 through September 11, 2017.

Defendant will be staying with family from September 8, 2017 through September 10, 2017, at 14617 Fox Street in the City of Mission Hills, CA. and will thereafter, be staying with further family members from September 10, 2017 through September 11, 2017, at 3450 Russell Street in the City of Riverside, CA.

Assistant United States Attorney, Andrew F. Dawson, and Jessica Portillo of Pretrial Services have been notified of this request to travel outside of the Northern District on the above-referenced date and they have no objection.

SO STIPULATED:

Dated: August 29, 2017
    /s/
Andrew Dawson
Assistant United States Attorney
Authorized to sign for ANDREW DAWSON
Assistant United States Attorney
on August 29, 2017

Dated: August 29, 2017
    /s/
JESSE J. GARCIA
Attorney for Defendant
Noel Gonzalez

Dated: August 29, 2017
    /s/
JESSICA PORTILLO
United Stated Pretrial Services
Authorized to sign for JESSICA PORTILLO
United States Pretrial Services Officer
on August 29, 2017

## ORDER

**IT IS HEREBY ORDERED** that the defendant be permitted to travel to Los Angeles, California, from September 8, 2017 through September 11, 2017.

Dated: 9/7/17

Kandis A. Westmore
Magistrate Judge
United States District Court